

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S.**, Children,

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

On May 25, 2018, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the appellant father had failed to pay the fee for preparing the record. On May 31, 2018, this court ordered appellant father to respond to the notification; however, on June 5, 2018, appellant mother filed a notice of appeal. The clerk's record contains an order signed by the trial court finding appellant mother to be indigent; therefore, appellant mother is presumed indigent for purposes of this appeal. *See* TEX. R. APP. P. 20.1. It is therefore ORDERED that the reporter's record be filed in this appeal no later than two weeks from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court